## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 108 - 4 | **DATE** | 8/7/2008 |
| **CASE TITLE** | USA vs. Mary Dochee | | |

**DOCKET ENTRY TEXT**

Change of plea hearing called. As stated on the record, the parties are unable to reach a resolution at this time. Jury trial set for 02/09/09 at 9:00 a.m. Pretrial conference set for 02/04/09 at 9:30 a.m. Pretrial motions are to be filed by 09/08/08. Response to pretrial motions are to be filed by 09/29/08. Motions in limine are to be filed by 12/05/08. Response to the motions in limine are to be filed by 12/19/08. Proposed jury instruction, proposed voir dire and proposed verdict form shall be submit to the Court by 01/16/09. In the interest of justice, the Government's oral motion to exclude time through and including 02/09/09 is granted pursuant to 18 U.S.C. 3161(h)(8)(A)(B) without objection. Conditions of release previously set are to stand.    (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|